IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

MILAS ANTWON GRANT, III,       )
                               )
    Petitioner,              )
                               )
                               )   CIVIL ACTION NO.
    v.                       )      1:16cv517-MHT
                               )          (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.              )


MILAS ANTWON GRANT, III,       )
                               )
    Petitioner,              )
                               )
                               )   CIVIL ACTION NO.
    v.                       )      1:16cv507-MHT
                               )          (WO)
UNITED STATES OF AMERICA,      )
                               )
    Respondent.              )

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (doc. nos. 16 & 20) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (doc. no. 1) is denied.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

These cases are closed.

DONE, this the 25th day of September, 2019.

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**